```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02407
   ENRIQUE SEIJA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-4218
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/12/07 and confirmed on 05/11/07.

    2.  The case was dismissed after confirmation, 03/07/2008.

    3.  The Debtor paid a total of $    7733.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 3501.82 | .00 | 3501.82 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5765.00 | .00 | 1580.29 |
| CAPITAL ONE BANK | UNSECURED | 1210.24 | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3501.82 | 5765.00 | 1210.24 | .00 | 10477.06 |
| PRINCIPAL PAID | 3501.82 | 1580.29 | .00 | .00 | 5082.11 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3501.82 | 1580.29 | .00 | .00 | 5082.11 |

The Debtor's attorney, JOSEPH WROBEL ESQ          , was allowed $   3000.00
and was paid $   1035.00  direct and $   1965.00  through the plan.

The Trustee received $    268.89 .

Refunds to the Debtor totaled $    417.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/24/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
    CASE NO. 07 B 02407 ENRIQUE SEIJA
```